Steven B. Scow (NV Bar No. 9906)
sscow@kskdlaw.com
David R. Koch (NV Bar No. 8830)
dkoch@kskdlaw.com
Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants 5WS LLC and
Ronald McMillan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BASILIO and BRIANNA BASILIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLACE ENTERPRISES LLC, MARVIN WALLACE, 5WS LLC and RONALD MCMILLAN,<br><br>Defendants. | Case No. 2:22-cv-01514-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(First Request)** |

On September 12, 2022, Plaintiffs Jennifer Basilio and Brianna Basilio, individually and on behalf of others similarly situated ("Plaintiffs"), initiated this action by filing their complaint herein. Plaintiffs properly served Defendant 5Ws LLC ("5Ws") with the summons and complaint on November 7, 2022, and properly served Defendant Ronald McMillan ("McMillan") with the summons and complaint on November 28, 2022. As such, 5Ws' response to the complaint is due today, November 28, 2022, and McMillan's response to the complaint is due December 19, 2022.

King Scow Koch Durham LLC was just retained as counsel for 5Ws and McMillan, and they need time to gather information to respond to Plaintiffs' complaint.

In addition, the parties have expressed a desire to engage in preliminary discussions regarding this case before 5Ws and McMillan are required to respond to the complaint.

Accordingly, Plaintiffs, 5Ws, and McMillan, by and though their respective counsel, hereby stipulate and agree that 5Ws and McMillan shall have an extension until January 12, 2023, to file their responses to Plaintiffs' complaint. This is the first request for such an extension

DATED: November 28, 2022            LEON GREENBERG PC

By      /s/ Leon Greenberg
      Leon Greenberg (NV Bar No. 8094)
      *Attorneys for Plaintiffs*

DATED: November 28, 2022            KING SCOW KOCH DURHAM LLC

By      /s/ Matthew L. Durham
      Matthew L. Durham (NV Bar No. 10342)
      *Attorneys for 5Ws LLC and*
      *Ronald McMillan*

**ORDER**

IT IS SO ORDERED.

DATED: November 29, 2022

UNITED STATES MAGISTRATE JUDGE