1

MALANI L. KOTCHKA
Nevada Bar No. 283

2

HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320

3

Las Vegas, NV 89101
Telephone: (702) 834-8777

4

Facsimile: (702) 834-5262
mlk@hmlawlv.com

5

6

*Attorneys for Defendants*
*Wallace Enterprises, LLC and*
*Marvin Wallace*

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

JENNIFER BASILIO and BRIANNA BASILIO,
Individually and on behalf of others similarly

12

situated,

13

Plaintiffs,

14

v.

15

WALLACE ENTERPRISES LLC, MARVIN
WALLACE, 5WS LLC and RONALD

16

MCMILLAN,

17

Defendants.

18

)
)
)  **Case No.:  2:22-cv-01514-JCM-EJY**
)
)
)
)
)  **STIPULATION AND ORDER TO**
)  **EXTEND TIME TO RESPOND TO**
)  **COMPLAINT ON BEHALF OF**
)  **DEFENDANTS WALLACE**
)  **ENTERPRISES LLC and MARVIN**
)  **WALLACE**
)
)  **[First Request]**
)

19

Plaintiffs Jennifer Basilio and Brianna Basilio and Defendants Wallace Enterprises LLC

20

and Marvin Wallace, by and through their undersigned counsel, hereby stipulate that Defendants

21

Marvin Wallace and Wallace Enterprises LLC shall have through January 6, 2023 within which

22

to respond to Plaintiffs' Complaint.  This is the first request for extension made by these two

23

Defendants and it is not being made for the purposes of delay.  These two Defendants' counsel

24

was recently retained and has not had an opportunity to review the file and the payroll records.

25

Plaintiffs' counsel and these two Defendants' counsel are going to be out of their offices for the

26

27

holidays and that is another reason for the request for an extension to respond to the Plaintiffs'

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

1   Complaint.  Defendants Marvin Wallace and Wallace Enterprises LLC agree they have properly

2   been served with the Summons and Complaint in this case.

3          Dated this 29th day of November, 2022.

4
    LEON GREENBERG PROFESSIONAL                    HEJMANOWSKI & McCREA LLC
5   CORPORATION

6

7   By:___/s/ Leon Greenberg_____            By:___/s/ Malani L. Kotchka_____
    Leon Greenberg (SBN 8094)                     Malani Kotchka (SBN 0283)
8   Ruthann Devereaux-Gonzalez (SBN 15904)        520 South Fourth Street, Suite 320
    2965 S. Jones Blvd., Suite E3                 Las Vegas, NV  89101
9   Las Vegas, NV  89146                          Tel 702-834-8777
    Tel 702-383-6085                              Fax 702-834-5262
10  Fax 702-385-1827                              mlk@hmlawlv.com
    leongreenberg@overtimelaw.com
11
    Attorneys for Plaintiffs                      Attorneys for Defendants
12                                                Wallace Enterprises LLC
                                                  And Marvin Wallace
13

14

15                                    **ORDER**

16

17                                    **IT IS SO ORDERED.**

18

19                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
20

21                                    Dated:____November 29, 2022_____

22

23

24

25

26

27

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777