1  Steven B. Scow (NV Bar No. 9906)
   sscow@kskdlaw.com
2  David R. Koch (NV Bar No. 8830)
   dkoch@kskdlaw.com
3  Matthew L. Durham (NV Bar No. 10342)
   mdurham@kskdlaw.com
4  KING SCOW KOCH DURHAM LLC
5  11500 S. Eastern Ave., Suite 210
   Henderson, Nevada 89052
6  Telephone: (702) 833-1100
   Facsimile: (702) 833-1107
7
8  Attorneys for Defendants 5WS LLC and
   Ronald McMillan
9

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12 | JENNIFER BASILIO and BRIANNA        Case No. 2:22-cv-01514-JCM-EJY
13 | BASILIO, individually and on behalf of
   | others similarly situated,
14 |
   |        Plaintiffs,                  **STIPULATION AND ORDER TO**
15 |                                     **EXTEND TIME TO RESPOND TO**
   |     v.                              **COMPLAINT (ECF No. 1)**
16 |
   | WALLACE ENTERPRISES LLC,            **(Second Request)**
17 | MARVIN WALLACE, 5WS LLC and
   | RONALD MCMILLAN,
18 |
   |        Defendants.
19

20         On September 12, 2022, Plaintiffs Jennifer Basilio and Brianna Basilio,

21 individually and on behalf of others similarly situated ("Plaintiffs"), initiated this action

22 by filing their complaint herein. Plaintiffs then properly served Defendants Wallace

23 Enterprises, LLC ("Enterprises"), Marvin Wallace ("Wallace"), 5Ws LLC ("5Ws") and

24 Ronald McMillan ("McMillan") with a summons and the complaint.

25         On November 28, 2022, Plaintiffs, 5Ws, and McMillan filed a stipulation to

26 extend the deadline for 5Ws and McMillan to respond to the complaint until January 12,

27 2023. (ECF No. 10.) These parties so stipulated because counsel for 5Ws and McMillan

28 needed additional time to gather information to respond to the complaint and because

1    the parties had expressed a desire to engage in preliminary discussions regarding this
2    case before 5Ws and McMillan are required to respond to the complaint.

3           The following day, Plaintiffs, Enterprises, and Wallace filed a stipulation to
4    extend the deadline for Enterprises and Wallace to respond to the complaint until
5    January 6, 2023. (ECF No. 12). These parties so stipulated because counsel for
6    Enterprises and Wallace needed time to review the file and payroll records and because
7    counsel were going to be out of their offices for the holidays.

8           This Court granted both of the foregoing stipulations on November 29, 2022.
9    (ECF Nos. 11 and 13).

10          Plaintiffs, Enterprises, Wallace, 5Ws, and McMillan desire to continue their
11   efforts to evaluate and discuss a possible resolution of this matter before the defendants
12   are required to respond to the complaint. Accordingly, the parties, by and through their
13   respective counsel, hereby stipulate that Enterprises, Wallace, 5Ws, and McMillan shall
14   have an extension until February 20, 2023, to file their responses to Plaintiffs' complaint.
15   This is the second request for such an extension.

16   DATED: January 5, 2023              LEON GREENBERG PC
17
18
19                                       By _____/s/ Leon Greenberg_____
                                            Leon Greenberg (NV Bar No. 8094)
20                                          *Attorneys for Plaintiffs*
21
22   DATED: January 5, 2023              HEJMANOWSKI & McCREA, LLC
23
24
25                                       By _____/s/ Malani L. Kotchka_____
                                            Malani L. Kotchka (NV Bar No. 283)
26                                          *Attorneys for Wallace Enterprises, LLC and*
                                            *Marvin Wallace*
27
28

1    DATED: January 5, 2023       KING SCOW KOCH DURHAM LLC

2

3

4                           By       */s/ Matthew L. Durham*

4                                   Matthew L. Durham (NV Bar No. 10342)

5                                   *Attorneys for 5Ws LLC and*

5                                   *Ronald McMillan*

6

7

8                        **ORDER**

9    IT IS SO ORDERED.

10

11    DATED: January 5, 2023            

12                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28