Steven B. Scow (NV Bar No. 9906)
sscow@kskdlaw.com
David R. Koch (NV Bar No. 8830)
dkoch@kskdlaw.com
Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants 5WS LLC and Ronald McMillan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BASILIO and BRIANNA BASILIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLACE ENTERPRISES LLC, MARVIN WALLACE, 5WS LLC and RONALD MCMILLAN,<br><br>Defendants. | Case No. 2:22-cv-01514-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(Third Request)** |

On September 12, 2022, Plaintiffs Jennifer Basilio and Brianna Basilio, individually and on behalf of others similarly situated ("Plaintiffs"), initiated this action by filing their complaint herein. Plaintiffs then properly served Defendants Wallace Enterprises, LLC ("Enterprises"), Marvin Wallace ("Wallace"), 5Ws LLC ("5Ws") and Ronald McMillan ("McMillan") with a summons and the complaint.

On November 28, 2022, Plaintiffs, 5Ws, and McMillan filed a stipulation to extend the deadline for 5Ws and McMillan to respond to the complaint until January 12, 2023. (ECF No. 10.) These parties so stipulated because counsel for 5Ws and McMillan needed additional time to gather information to respond to the complaint and because

the parties had expressed a desire to engage in preliminary discussions regarding this case before 5Ws and McMillan are required to respond to the complaint.

The following day, Plaintiffs, Enterprises, and Wallace filed a stipulation to extend the deadline for Enterprises and Wallace to respond to the complaint until January 6, 2023. (ECF No. 12). These parties so stipulated because counsel for Enterprises and Wallace needed time to review the file and payroll records and because counsel were going to be out of their offices for the holidays.

This Court granted both of the foregoing stipulations on November 29, 2022. (ECF Nos. 11 and 13).

Thereafter, on January 2, 2023, the parties filed a second stipulation to extend the deadline for defendants to respond to the complaint, this time until February 20, 2023, because the parties desired to continue their efforts to evaluate and discuss a possible resolution of this matter before the defendants would be required to respond to the complaint. (ECF No. 14). The court granted this stipulation on January 5, 2023. (ECF No. 15.)

The parties are continuing their discussions and efforts to find a possible resolution of this matter before the defendants are required to respond to the complaint. Accordingly, the parties, by and through their respective counsel, hereby stipulate that Enterprises, Wallace, 5Ws, and McMillan shall have an extension until March 22, 2023, to file their responses to Plaintiffs' complaint. This is the third request for such an extension.  This extension is not sought for the purposes of delay.

DATED: February 17, 2023              LEON GREENBERG PC

By        */s/ Ruthann Devereaux-Gonzalez*
Leon Greenberg (NV Bar No. 8094)
Ruthann Devereaux-Gonzalez (NV Bar No. 15904)
*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| DATED: February 17, 2023 | | HEJMANOWSKI & McCREA, LLC |

By  */s/ Malani L. Kotchka*
Malani L. Kotchka (NV Bar No. 283)
*Attorneys for Wallace Enterprises, LLC and Marvin Wallace*

DATED: February 17, 2023    KING SCOW KOCH DURHAM LLC

By  */s/ Matthew L. Durham*
Matthew L. Durham (NV Bar No. 10342)
*Attorneys for 5Ws LLC and Ronald McMillan*

**ORDER**

IT IS SO ORDERED.

DATED: February 17, 2023

_____
UNITED STATES MAGISTRATE JUDGE