LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd. Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BASILIO and BRIANNA BASILIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLACE ENTERPRISES LLC, MARVIN WALLACE, 5WS LLC and RONALD MCMILLAN,<br><br>Defendants. | Case No. 2:22-cv-01514-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(Fifth Request)** |

    On September 12, 2022, Plaintiffs Jennifer Basilio and Brianna Basilio, individually and on behalf of others similarly situated ("Plaintiffs"), initiated this action by filing their complaint herein. Plaintiffs then properly served Defendants Wallace Enterprises, LLC ("Enterprises"), Marvin Wallace ("Wallace"), 5Ws LLC ("5Ws") and Ronald McMillan ("McMillan") with a summons and the complaint.

    On November 28, 2022, Plaintiffs, 5Ws, and McMillan filed a stipulation to extend the deadline for 5Ws and McMillan to respond to the complaint until January 12, 2023. (ECF No. 10.) These parties so stipulated because counsel for 5Ws and McMillan needed additional time to gather information to respond to the complaint and because the parties had expressed a desire to engage in preliminary discussions regarding this

1  case before 5Ws and McMillan are required to respond to the complaint.

2      The following day, Plaintiffs, Enterprises, and Wallace filed a stipulation to
3  extend the deadline for Enterprises and Wallace to respond to the complaint until
4  January 6, 2023. (ECF No. 12). These parties so stipulated because counsel for
5  Enterprises and Wallace needed time to review the file and payroll records and because
6  counsel were going to be out of their offices for the holidays.

7      This Court granted both of the foregoing stipulations on November 29, 2022.
8  (ECF Nos. 11 and 13).

9      Thereafter, on January 2, 2023, February 17, 2023, and March 20, 2023 the parties
10 filed additional stipulations to extend the deadline for the defendants to respond to the
11 complaint because the parties desired to continue their efforts to evaluate and discuss a
12 possible resolution of this matter before the defendants would be required to respond to
13 the complaint. (*See* ECF Nos. 14, 16, and 18). The court granted these stipulations. (*See*
14 ECF Nos. 15, 17, and 19). As a result, the current deadline for the defendants to respond
15 to the complaint is April 21, 2023.

16     The parties are continuing their discussions and efforts to find a possible
17 resolution of this matter before the defendants are required to respond to the complaint.
18 Accordingly, the parties, by and through their respective counsel, hereby stipulate that
19 Enterprises, Wallace, 5Ws, and McMillan shall have a 30-day extension, until **May 22,**
20 **2023**, to file their responses to Plaintiffs' complaint. This is the fourth request for such
21 an extension. This extension is not sought for the purposes of delay.

22 DATED: April 25, 2023      LEON GREENBERG PC

By     */s/ Leon Greenberg*
Leon Greenberg (NV Bar No. 8094)
Ruthann Devereaux-Gonzalez (NV Bar No. 15904)
*Attorneys for Plaintiffs*

-2-

| | | |
|---|---|---|
| DATED: April 25, 2023 | | HEJMANOWSKI & McCREA, LLC |

By  */s/ Malani Kotchka*
Malani L. Kotchka (NV Bar No. 283)
*Attorneys for Wallace Enterprises, LLC and Marvin Wallace*

DATED: April 25, 2023            KING SCOW KOCH DURHAM LLC

By  */s/ Matthew Durham*
Matthew L. Durham (NV Bar No. 10342)
*Attorneys for 5Ws LLC and Ronald McMillan*

**ORDER**

IT IS SO ORDERED.

DATED: April 24, 2023

_____
UNITED STATES DISTRICT JUDGE