LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd. Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BASILIO and BRIANNA BASILIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLACE ENTERPRISES LLC, MARVIN WALLACE, 5WS LLC and RONALD MCMILLAN,<br><br>Defendants. | Case No. 2:22-cv-01514-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE** |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and agree to extend the time for the parties to file the discovery plan in this case. The parties have stipulated to extend the briefing time on defendants' Motion to Dismiss in order to cooperatively resolve issues raised therein, the parties agree to similarly extend the discovery schedule which shall be extended until **August 10, 2023**. This extension is not sought for the purposes of delay.

DATED: June 22, 2023          LEON GREENBERG PC


                              By    /s/ Leon Greenberg
                              Leon Greenberg (NV Bar No. 8094)
                              Ruthann Devereaux-Gonzalez (NV Bar No. 15904)
                              *Attorneys for Plaintiffs*


DATED: June 22, 2023          HEJMANOWSKI & McCREA, LLC


                              By    /s/ Malani Kotchka
                              Malani L. Kotchka (NV Bar No. 283)
                              *Attorneys for Wallace Enterprises, LLC and Marvin Wallace*


**ORDER**

IT IS SO ORDERED.


DATED: June 22, 2023          _____
                              UNITED STATES MAGISTRATE JUDGE