1  LEON GREENBERG, ESQ., SBN 8094
2  RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
   Leon Greenberg Professional Corporation
3  1811 S. Rainbow Blvd. Suite 210
   Las Vegas, Nevada 89146
4  (702) 383-6085
5  (702) 385-1827(fax)
6  leongreenberg@overtimelaw.com
   ranni@overtimelaw.com
7
8  *Attorneys for Plaintiffs*

9            UNITED STATES DISTRICT COURT
10                DISTRICT OF NEVADA
11

12  JENNIFER BASILIO and BRIANNA          Case No. 2:22-cv-01514-JCM-EJY
    BASILIO, individually and on behalf of
13  others similarly situated,

14            Plaintiffs,                 **STIPULATION AND ORDER TO**
                                          **EXTEND TIME TO RESPOND TO**
15       v.                               **DEFENDANTS WALLACE**
                                          **ENTERPRISES LLC and MARVIN**
16  WALLACE ENTERPRISES LLC,              **WALLACE'S MOTION TO DISMISS**
    MARVIN WALLACE, 5WS LLC and           **PLAINTIFFS' COMPLAINT (DOC No.**
17  RONALD MCMILLAN,                      **24)**

18            Defendants.

19

20       Plaintiffs and Defendants, by and through their respective counsel, hereby
21  stipulate and agree to extend the time for plaintiffs' to file their opposition to
22  defendants Wallace Enterprises LLC and Marvin Wallace' motion to dismiss
23  plaintiffs' complaint (doc 24).  The parties anticipate working to address the issues
24  raised in the doc. 24 motion to dismiss and to cooperatively resolve the same.
25  Accordingly, the parties, by and through their respective counsel, hereby stipulate
26  that the time to file plaintiffs' opposition to Wallace Enterprises LLC and Marvin
27  Wallace's motion to dismiss plaintiffs' complaint (doc 24) shall be extended until
28  **August 10, 2023**.  This extension is not sought for the purposes of delay.

DATED: June 22, 2023                          LEON GREENBERG PC


                                              By     /s/ Leon Greenberg
                                                   Leon Greenberg (NV Bar No. 8094)
                                                   Ruthann Devereaux-Gonzalez (NV Bar No.
                                                   15904)
                                                   *Attorneys for Plaintiffs*


DATED: June 22, 2023                          HEJMANOWSKI & McCREA, LLC


                                              By     /s/ Malani Kotchka
                                                   Malani L. Kotchka (NV Bar No. 283)
                                                   *Attorneys for Wallace Enterprises, LLC and
                                                   Marvin Wallace*



                                        **ORDER**

IT IS SO ORDERED.


        DATED: ___July 7, 2023___          _____
                                           UNITED STATES DISTRICT JUDGE