Steven B. Scow (NV Bar No. 9906)
sscow@kskdlaw.com
David R. Koch (NV Bar No. 8830)
dkoch@kskdlaw.com
Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants 5Ws LLC and
Ronald McMillan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BASILIO and BRIANNA BASILIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLACE ENTERPRISES LLC, MARVIN WALLACE, 5WS LLC and RONALD MCMILLAN,<br><br>Defendants. | Case No. 2:22-cv-01514-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS RONALD MCMILLAN AND 5WS, LLC** |

IT IS HEREBY STIPULATION AND AGREED by and between Plaintiffs Jennifer Basilio and Brianna Basilio (collectively, "Plaintiffs"), and Defendants 5Ws LLC and

///

///

///

Ronald McMillan (collectively, "Defendants") to dismiss, with prejudice, Plaintiffs' complaint against Defendants, and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own fees and costs.

DATED: August 7, 2023　　　LEON GREENBERG PC

By    */s/ Leon Greenberg*
Leon Greenberg (NV Bar No. 8094)
Ruthann Devereaux-Gonzalez (NV Bar No. 15904)
*Attorneys for Plaintiffs*

DATED: August 7, 2023　　　KING SCOW KOCH DURHAM LLC

By    */s/ Matthew L. Durham*
Matthew L. Durham (NV Bar No. 10342)
*Attorneys for 5Ws LLC and Ronald McMillan*

### ORDER

IT IS SO ORDERED.

DATED: August 9, 2023

_____
UNITED STATES DISTRICT JUDGE