LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd. Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BASILIO and BRIANNA BASILIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLACE ENTERPRISES LLC, MARVIN WALLACE, 5WS LLC and RONALD MCMILLAN,<br><br>Defendants. | Case No. 2:22-cv-01514-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS WALLACE ENTERPRISES LLC, and MARVIN WALLACE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jennifer Basilio and Brianna Basilio (collectively, "Plaintiffs"), and Defendants Wallace Enterprises LLC, and Marvin Wallace (collectively, "Defendants") to dismiss, with prejudice, Plaintiffs' complaint against Defendants, and each and every cause of action or claim for injury and/or damage therein, with each party to

bear its own fees and costs.

DATED: August 10, 2023                LEON GREENBERG PC

By  /s/ Leon Greenberg
Leon Greenberg (NV Bar No. 8094)
Ruthann Devereaux-Gonzalez (NV Bar No. 15904)
*Attorneys for Plaintiffs*

DATED: August 10, 2023                HEJMANOWSKI & McCREA, LLC

By  /s/ Malani L. Kotchka
Malani L. Kotchka (NV Bar No. 283)
*Attorneys for Wallace Enterprises, LLC and Marvin Wallace*

**ORDER**

IT IS SO ORDERED.

DATED: August 14, 2023

_____
UNITED STATES DISTRICT JUDGE

-2-